UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| ALICIA MARTINEZ, | § | |
| *Plaintiff* | § | |
| v. | § | |
| | § | CIVIL NO. 1:22-CV-01254-DAE |
| CAVCO INDUSTRIES, INC., | § | |
| *Defendant* | § | |

## ORDER

Now before the Court are Plaintiff's Motion to Compel, filed December 15, 2023 (Dkt. 25), and Defendant's Response in Opposition to Plaintiff's Motion to Compel, filed December 22, 2023 (Dkt. 27). By Text Order issued December 18, 2023, the Honorable David A. Ezra referred the motion to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

On January 23, 2024, the Court held a hearing on Plaintiff's Motion to Compel at which both parties were represented by counsel. For the reasons stated during the hearing, the Court **GRANTS IN PART and DISMISSES IN PART** Plaintiff's Motion to Compel (Dkt. 25) and issues this Order as to Plaintiff's Requests for Production of Documents to Defendant Cavco Industries, Inc. (Dkt. 27-1):

| Requests for Production | Disposition | Amendment |
| --- | --- | --- |
| 3 and 28 | Dismissed as moot | |
| 16 | Granted | "All documents prepared or executed by a supervisor, agent, or other representative of the Defendant which concern, describe, refer or relate in any manner whatsoever to Plaintiff's (a) pattern of attendance, (b) claimed disability, or (c) termination." |

1

2

| Requests for Production | Disposition | Amendment |
|---|---|---|
| 21 | Withdrawn | |
| 22 through 25 | Dismissed as moot | |
| 26 | Granted | |
| 29 | Dismissed as moot | |
| 31 | Granted | Limited to the five employees identified by Plaintiff's counsel during the hearing on Plaintiff's Motion to Compel. |
| 32 | Granted | "Andrew Marciel" deleted. |

Defendant is **ORDERED** to submit amended responses to Plaintiff's Requests for Production Nos. 16, 26, 31, and 32, as amended above, and to produce all documents responsive to those requests within its possession, custody, or control **by February 16, 2024**.

It is **ORDERED** that the Clerk **REMOVE** this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable David A. Ezra.

**SIGNED** on January 23, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE